May 27, 2010

DISTRICT OF NEW JERSEY (NEWARK)
MLK JR., FEDERAL BUILDING
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07102

RECEIVED

JUN - 1 2010

RE:    07cr49    YOUR #10cr321
        USA v. D'ELIA

ATTN: CLERK

    Pursuant to TRANSFER OF JURISDICTION, we herewith enclose a certified copy of the following;

        INFORMATION
        JUDGMENT
        DOCKET SHEET

    Kindly acknowledge receipt on the copy of the letter provided.

                        Very truly yours,

                        MICHAEL E. KUNZ
                        Clerk of Court

                        By:_____
                        KEVIN EBEL, Deputy Clerk

c:

Received above material or record file this / day of June , 10

                        Signature: _____

                        Date: 6/7/10 _____

crf7